```
UNITED STATES (US) DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (SDNY)

DOCUMENT.DOCUMENT[TYPE]/.>COMPLAINT$GENERAL.opened._.complaint$general(%new:2024-05-
10_):<

In accord with its own self-disclosure, in instructions available via the Internet
(https://www.nysd.uscourts.gov/sites/default/files/pdf/ProSe/Filing-A-Complaint-Guid
e-2024-revisions.pdf), the US District Court of the SDNY establishes that, in order
for a document to qualify as the submission type "complaint-general," that document
requires the following elements, herein included in a positive statuting-forth of
the plaintiff's complaint-general-particular, with the intent to complain, etc.:

._.PARTIES() = {}
._.PARTIES() = {

._.PLAINTIFF(S)() = {}
._.PLAINTIFF(S)() = {
PLAINTIFF/0001() = {}
PLAINTIFF/0001() = {
        TYPE:CORPUS/HUMAN
        NAME.LAST.:JANCZUK
        NAME.FIRST.:WERONIKA}}

VERSUS

._.DEFENDANT(S)() = {}
._.DEFENDANT(S)() = {
DEFENDANT/0001() = {}
DEFENDANT/0001() = {
        TYPE:GOVERNMENT
        NAME:UNITEDSTATESOFAMERICA
        NAME.ACRONYM.:USA, US}}

I. BASIS FOR JURISDICTION
[X] FEDERAL QUESTION
[ ] DIVERSITY OF CITIZENSHIP

II. PARTIES
A. PLAINTIFF INFORMATION
PLAINTIFF/0001.INFORMATION.() = {}
PLAINTIFF/0001.INFORMATION.() = {
PLAINTIFF/0001.NAME.FIRST.:WERONIKA
PLAINTIFF/0001.NAME.MIDDLE>INITIAL.:E
PLAINTIFF/0001.NAME.LAST.:JANCZUK
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STREET.:>redacted[%:communication:with/defendant:
type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CITY.:>redacted[%:communication:with/defendant:ty
pe:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STATE.:>redacted[%:communication:with/defendant:t
```

```
ype:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:>redacted[%:communication:with/defend
ant:type:electronic.request.filed._.]}

B. DEFENDANT INFORMATION
DEFENDANT/0001.INFORMATION.() = {}
DEFENDANT/0001.INFORMATION.() = {
DEFENDANT/0001.NAME.:UNITEDSTATESOFAMERICA,via:EXECUTIVEOFFICEFORUNITEDSTATESATTORNE
YS,@,USDEPARTMENTOFJUSTICE
DEFENDANT/0001.ADDRESS.POSTAL.HARD.STREET.:950 Pennsylvania Avenue NW, Room 2242
DEFENDANT/0001.ADDRESS.POSTAL.HARD.CITY.:Washington
DEFENDANT/0001.ADDRESS.POSTAL.HARD.STATE.:DC
DEFENDANT/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:20530-0001}

III. STATEMENT OF CLAIM
._.PLACE(S) OF
OCCURRENCE:ALLPLACESBEYONDNORMATIVELYINNOVATIVEWHEREINMINDSANDEMOTIONSPOTENCIESANDAC
TUALITIESCLASH
._.DATE(S) OF OCCURRENCE:2019-PRESENT
._.FACTS:
FACTS() = {}
FACTS() = {
FACTS.CONTEXT.() = {}}
```

IV. RELIEF:
[0001] For the USA to immediately vouch for the designing, algorithmic-running, and publishing of a database--even in or ultimately in--ciphered format, containing all possible phrases and sentences available to the English language, codifying its creation and more in immediate pursuit, including all slang, x>logisms, academic keywords, etc.
[0002] For the USA to establish a legally-binding framework for the determination of the quality of sentences as they arise unto publication.
[0003] For the USA to establish the legality of ever reviewing sentences from databases as [0001] against pedagogical frameworks of authenticity and otherwise, carving out a method for understanding tendencies-psychiatrically-incapacitated as well as--into new realms--tendencies-psychiatrically-competent-and-hungering-and-curious-and-capable, to find ways to review those things that persons ought know or can know (noting the quantity that would require being read, and how), unto the point of requiring that all things written be new somehow in publications of the future, including reviewing all as legal and accounted-for with the right keyword searches and otherwise, herein concerned about habits that give rise to plagiarism and false knowledge bases that stimulate-wrongly the innard life of persons without inner patience and spontaneous hunger and competency for growth-from-within.
[0004] For the USA to consider rigorously-invisibly quantifying, archiving, analyzing, and more all habits of its citizens--in the healthiest way that an ontologically-sound "Big Brother" framework might be advanced to help insert the value of artificial intelligence (AI) and more in the clearance of realities dehumanizing, psychotic, or otherwise from human life.
[0005] For the USA to immediately demand that all things published be tiered for

quality against mechanisms to be developed.
[0006] For the USA to immediately demand that all things published be mapped against disciplinary access points and similar via mechanisms to be developed.
[0007] For the USA to immediately demand that all things published be mapped against the database to be developed at/via [0001].
[0008] For the USA to immediately demand that all things published be grouped against the highest-form of available groupings, to be housed in an entity such as--again herein proposed, with immense respect and testimony to utility daily--Google, Wikipedia integratios, JSTOR, Academia.edu, and similar.
[0009] For the USA to immediately re-analyze positions on intellectual property (IP), including examining the possibility-unto-codification that minds can be grouped--along a theoretical-unto-practical router--as writing with similar techniques, etc.; as being capable of writing and speaking the same sentence, from spontaneity, if/when they are formed along similar routers.
[0010] For the USA to demand--where possible--that all published sentences be mapped against primary and secondary sources.
[0011] For the USA to demand--where possible--that all published sentences be mapped against infrastructural and metaphysical boxes, including visual, and to develop the necessary forms of property-based protection--which might be as simple as eternally-codifying the authorship-original, changing positions from a kind of en masse competition from the perspective of first-come first-served to one reality-based in which, i.e., persons ought be encouraged to find ways to personalize and fully internalize content known as scaffolds and pedagogies re-establish.
[0012] For the USA to demand a bibliography of cognition for every person, opening conversations herein about the legal- and reality-based vitalities of recording and ciphering against databases operative all content even spoken.
[0013] For the USA to consider legalizing frameworks that evaluate the form and concentration and quality of certain conversations, i.e., in pitches from writers at writers' conferences, wherein the sensibilities can often be weak relative to industrial standards and--where patterns to have been earlier identified--could have been litigated out of repetition with a higher degree of militarized and industrial vitality, remotely/virtually, even, re-establishing categoricals for the value of and utility of and the legality of time expenses on rote and/or routine habituses.
[0014] For the USA to integrate all dictionaries--without deleting definitions, given their absurd variance and complexity and differentiation, even as they yield toward definitions-clear-universally of an object-singular-and-same--and to create systems-declared for the angular of definitions as well as links and bibliogrpahies to and for all their authors.
[0014-B] For the USA to make it possible to input definitions to its dictionaries.
[0014-C] For the USA to declare systems for their publication.
[0014-D] For the USA to them publish, wiping the invisible scaffold that dictionaries are somehow autobottic without human persons (entering distinctions here, to help explain when a definition might have manifested without a person, i.e., by hunts through the kind of database established and managed at [0001]).
[0015] For the USA to require the philosophization of the English language for the entire population, mapping briefly in memo'd statutes the English language against philosophical categories such as "object," "subject," the causes of Thomistic philosophy, and similar, alongside a similar basic philosophical project across all other major languages spoken in the USA and/or otherwise available for pedagogizing

(i.e.: English is a language that appears to the human cognition to be one that observes events infrastructurally, along a kind of router, in which an object (be it living and human, a subject, or be it living and non-human, etc., or be it non-living) is expressed-forth, conditioned-and-qualified, and described in its action and characteristics, and in some ways, nothing more; French seems to be at least spoken from a place profussed with a kind of affective energy and matter, built from a similar philosophy but one peppered with a peppiness; etc.).
[0016] For the USA to invest in the philosophization of conversation and the building of templates for conversation, writing, and more.
[0017] For the USA to invest in the philosophization of the human internal life and experience and cognition and the building of templates for conversation, writing, and more.
[0018] For the USA to invest in the philosophization of those things available to human record about today's speech, asking the question: Is what is being spoken by Americans today, ever, in any and all instances, actually that which they choose to speak?
[0019] For the USA to publish annual statistics, in all possible categories, assuming some critically-realistic value plus, over words used and more, to begin the first tier of litigation strategy for under-linguistically-reasonable lives.
[0020] For the USA to debate and legalize forth from basic routers of linguistic differentiation across languages, asking also: Is it appropriate from all disciplinary perspectives and their consequences on reality to use words like 'love' for all dimensions and domains of human life (where, in some languages, i.e., a reverence is extended towards persons and the appreciation of non-living objects, food and otherwise included, is entirely conditioned and met by the use of other words, entirely distinct in their intonation, definition, construct, and more).
[0021] For the USA to debate new languages, mandating their construction.
[0022] For the USA to debate the nature and value of a patent, perhaps inverting philosophical-legal and legal commitments by actively encouraging that ideas are utilized by as many persons as possible for the sake of advancing sense experience internalization (every person to--on a philosophical spectrum, to somehow be corporealized, were it to ever be possible--build their own computer, car, house, boat, spaceship, etc.), seeking to evaluate whether every person who contributes an idea is the person most fit to execute it (as in, to take an astute philosophical position on the nature-philosophical of an idea, one, and two, on dependency, evolutions, competencies, and gifts, temporal, practical, eternal, and theoretical all), one conclusion being that there are engineers of software--as an example--with radically different minds and competencies whose contributions to ideas could have differentiated the evolution of those ideas practically for the good of all persons, for the salvation of an economy, for the salvation of space and time, energy and resources, and more.
[0023] And more. The plaintiff reserves the right to append and welcomes constructs in conjunction with the suit-particular herein.

V. PLAINTIFF'S CERTIFICATIONS AND WARNINGS:
By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if

specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

```
PLAINTIFF/0001.SIGNATURE.() = {}
PLAINTIFF/0001.SIGNATURE.() = {
PLAINTIFF/0001.SIGNATURE.DATE.:2024-05-10
PLAINTIFF/0001.SIGNATURE.HARD.: Weronika E. K. Janczuk
[cognizant:signature:type:electronic.filed.]
PLAINTIFF/0001.NAME.FIRST.:WERONIKA
PLAINTIFF/0001.NAME.MIDDLE>INITIAL.:E
PLAINTIFF/0001.NAME.LAST.:JANCZUK
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STREET.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CITY.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STATE.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]}
```

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
[X] YES
[ ] NO
>